(93 South. 923)

PEINHARDT v. BARCLIFF. (6 Div. 661.) (Supreme Court of Alabama. April 18, 1922.)

Appeal from Circuit Court, Cullman County; R. C. Brickell, Judge.

PER CURIAM. Appeal dismissed.